United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12198-djb |
| John L. Reeder | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 25, 2025 | Form ID: 138OBJ | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John L. Reeder, 125 Youngsburg Road, Coatesville, PA 19320-4332 |
| 14631502 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Esq., Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14628466 | + | Margarita H. Reeder, 125 Youngsburg Road, Coatesville, PA 19320-4332 |
| 14628468 | | USAA Credit Card Services, P.O. BOX 33009, Attn: Bankruptcy Dept., San Antonio, TX 78288-3009 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 26 2025 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14629562 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 26 2025 00:28:45 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14638897 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 26 2025 00:28:52 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14628460 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 26 2025 00:11:00 | Ally Financial, P.O. BOX 380901, Attn: Bankruptcy Dept., Minneapolis, MN 55438-0901 |
| 14628890 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 26 2025 00:11:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, Johnston, RI 02919 |
| 14628461 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2025 00:29:48 | Capital One, P.O. BOX 31293, Attn: Bankruptcy Dept., Salt Lake City, UT 84131-0293 |
| 14636321 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 26 2025 00:28:58 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14628462 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 26 2025 00:11:00 | Citizens Bank, 1000 LaFayette Blvd., Attn: Bankruptcy Dept., Bridgeport, CT 06604-4725 |
| 14628464 | | Email/Text: bk@freedomfinancialnetwork.com | Jul 26 2025 00:11:00 | freedom plus consolidation, 4940 S. Wendler Drive, Suite 210, Attn: Bankruptcy Dept., Tempe, AZ 85282 |
| 14628463 | | Email/Text: Bankruptcy@Freedommortgage.com | Jul 26 2025 00:11:00 | Freedom Mortgage, P.O. BOX 50485, Attn: Bankruptcy Dept., Indianapolis, IN 46250-0485 |
| 14631503 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 26 2025 00:11:00 | Freedom Mortgage, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14642381 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 26 2025 00:11:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14628465 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 26 2025 00:11:00 | Internal Revenue Service, P.O. BOX 7346, Attn: |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 25, 2025 | Form ID: 138OBJ | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy Dept., Philadelphia, PA 19101-7346 |
| 14631444 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 26 2025 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14630601 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2025 00:28:46 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14628467 | | Email/Text: BankruptcyMail@questdiagnostics.com | Jul 26 2025 00:11:00 | Quest Diagnostics, P.O. Box 7306, Attn: Bankruptcy Dept., Hollister, MO 65673-7306 |
| 14960013 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2025 00:30:17 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14628668 | ^ | MEBN | Jul 26 2025 00:00:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14641714 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 26 2025 00:29:09 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14644469 | *+ | Freedom Mortgage Corp., c/o Andrew Spivack, Esq., Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2025 at the address(es) listed below:

**Name**          **Email Address**

ANDREW L. SPIVACK
          on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

DENISE ELIZABETH CARLON
          on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

KENNETH E. WEST
          ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. LATZES
          on behalf of Debtor John L. Reeder efiling@mlatzes-law.com

United States Trustee

District/off: 0313-2  User: admin  Page 3 of 3
Date Rcvd: Jul 25, 2025  Form ID: 138OBJ  Total Noticed: 23

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 138OBJ* (6/24)−doc 60 − 56

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   John L. Reeder  )  Case No. 21−12198−djb
     )
     )
   Debtor(s).  )  Chapter: 13
     )
     )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 25, 2025      For The Court

    Timothy B. McGrath
    Clerk of Court